# United States Court of Appeals
## For the First Circuit

No. 12-1202

UNITED STATES

Appellee

v.

FRANK MIRANDA

Defendant - Appellant

**MANDATE**

Entered: April 25, 2014

    In accordance with the judgment of April 3, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
George F. Gormley
Randall Ernest Kromm
Suzanne Maureen Sullivan Jacobus